No. 90–8124.  BRUNO *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 90–8125.  CARR ET AL. *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 90–8127.  TIMMONS *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 90–8128.  SHELEY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–8129.  QUESINBERRY *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 90–8130.  WRIGHT *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 90–8134.  SMITH *v.* DOUGHERTY ET AL.  Ct. App. Wash.  Certiorari denied.

No. 90–8135.  AZIZ *v.* ST. LOUIS COUNTY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–8136.  BRANTLEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–8138.  FOWLER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–8139.  FRESCAS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–8141.  ALLEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–8143.  ANDERSON *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 90–8144.  EVANS *v.* GODINAS, WARDEN.  Sup. Ct. Nev.  Certiorari denied.

No. 90–8145.  BEYAH *v.* LAIDLAW ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–8146.  FISH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.